Ara M. Baghdassarian (SBN: 307867)
ara@baglawpc.com
BAGHDASSARIAN LAW GROUP, P.C.
16130 Ventura Boulevard, Suite 550
Encino, CA 91436
Telephone: (213) 341-3423
Facsimile: (213) 341-3423

Attorney for Defendant,
KOHL'S, INC.

BAGHDASSARIAN LAW GROUP, P.C.
16130 Ventura Boulevard, Suite 550
Encino, CA 91436

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SILVA, Plaintiff, vs. KOHL'S, INC., and DOES 1-25, inclusive, Defendants. | CASE NO. **DEFENDANT KOHL'S, INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** [Filed Concurrently with the Notice of Removal; Declaration of Ara M. Baghdassarian] State Action filed: 06/10/2026 |

Defendant KOHL'S, INC. ("KOHL'S"), by and through its undersigned counsel, submits the following certification pursuant to Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1:

## I. Conflicts and Interested Entities or Persons

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, KOHL'S is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

Pursuant to Civil L.R. 3-15, the undersigned further certifies that the

BAGHDASSARIAN LAW GROUP, P.C.
16130 Ventura Boulevard, Suite 550
Encino, CA 91436

following entity has a financial interest in KOHL'S or an interest that could be substantially affected by the outcome of this proceeding:

**Kohl's Corporation**, which wholly owns Defendant Kohl's, Inc.

Kohl's Corporation is also identified pursuant to Federal Rule of Civil Procedure 7.1(a)(1) as the parent corporation of Kohl's, Inc.

Except as stated above, KOHL'S is not aware of any other person, association of persons, firm, partnership, corporation, or other entity, other than the named parties, having a financial interest in the subject matter in controversy or in a party to this proceeding, or any other kind of interest that could be substantially affected by the outcome of this proceeding.

## II. Citizenship

This Court's subject matter jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

Pursuant to 28 U.S.C. § 1332(c)(1), KOHL'S is a citizen of the State of Delaware because it is incorporated under the laws of Delaware and is a citizen of the State of Wisconsin because its principal place of business is located in Menomonee Falls, Wisconsin.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, there is no individual or entity whose citizenship is attributed to KOHL'S other than KOHL'S itself as a corporation under 28 U.S.C. § 1332(c)(1).

Dated: October 1, 2026

BAGHDASSARIAN LAW GROUP, P.C.

By: ______________________
Ara M. Baghdassarian
Attorneys for Defendant,
KOHL'S, INC.

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.:<br>Ara M. Baghdassarian (SBN: 307867) Tel: (213) 341-3423<br>BAGHDASSARIAN LAW GROUP, P.C.<br>16130 Ventura Boulevard, Suite 550<br>Encino, CA 91436 | |
| SHORT CASE TITLE<br>MONICA SILVA v. KOHL'S, INC. | Judge:<br>Dept.: |
| ATTORNEY FOR DEFENDANT:<br>KOHL'S, INC. | CASE NUMBER: |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 16130 Ventura Boulevard, Suite 550, Encino, CA 91436.

On **October 1, 2026,** I caused to be served the within document(s):

**DEFENDANT KOHL'S, INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Monica J. Burneikis<br>Jeff Atterbury<br>BURNEIKIS LAW, P.C.<br>66 Franklin Street, Third Floor<br>Oakland, CA 94607<br>(510) 328-3238 / Fax: (510) 488-4223<br>monica@burneikislaw.com<br>jayme@burneikislaw.com<br>***Attorney for Plaintiff,***<br>***MONICA SILVA*** | |

( ) **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( x ) **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through Baghdassarian Law Group, P.C.'s electronic mail system to the e-mail address(s) set forth above, or as stated on the above service list.

( ) **BY PERSONAL SERVICE.** I caused said documents to be hand-delivered to the addressee(s) on said date below, pursuant to Code of Civil Procedure §1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 1, 2026, at Encino, California.

Ara M. Baghdassarian